**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

PHILLIP WILLYARD,
ADC #152418                                                                                          PLAINTIFF

V.                        4:16CV00561-SWW-JTK

CAREY JAMES, et al.                                                      DEFENDANTS

**JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice, as frivolous and for failure to state a claim. The relief sought is denied.

The Court certifies that an in forma pauperis appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 9th day of January, 2017.

                                                                              /s/Susan Webber Wright

                                                                       UNITED STATES DISTRICT JUDGE